# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Roberson et al, | Case No. SACV 23-01445-JVS(ADSx) |
| Plaintiff(s), | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| Gil Pocker et al, | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 30 days, to reopen the action if settlement is not consummated. The Court orders all proceedings in the case vacated and taken off calendar.

IT IS SO ORDERED.

DATED: May 16, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE